UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80018-TP-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN MIGNANO,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court pursuant to an Order of Reference from the Honorable Kenneth L. Ryskamp.  It is therefore

ORDERED AND ADJUDGED that upon arrest, the defendant Stephen Mignano be brought before the Honorable Linnea R. Johnson, United States Magistrate Judge, for an evidentiary hearing.

DONE AND ORDERED at West Palm Beach, Florida, this 22nd day of March, 2007.

                                          _____
                                          LINNEA R. JOHNSON
                                          UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Honorable Kenneth L. Ryskamp
U.S. Probation
U.S. Marshal