# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**  DATE: 3/30/07   TIME: 10:00 AM

**DEFT.** STEPHEN MIGNANO (SUMM)   **CASE NO.** 06-80018-T/P-RYSKAMP

**LANGUAGE:** ENGLISH   **PRISONER NO:**

**AUSA.** LAUREN JORGENSEN for NANCY VORPE-QUINLAN   **ATTY.** HILLARD MOLDOFF

**AGENT.** KATHY NELSON - USPO   **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** INITIAL HEARING   **BOND.** NO BOND (GOV REQ)

**FUTURE DATES**

**DISPOSITION** Deft present w/counsel; BOND hearing held; govt requests a $10,000 PSB - parties update the court as to the status of the deft's state proceedings

$10,000 PSB entered; all previous conditions of supervision shall remain in effect

FINAL PROBABLE CAUSE HEARING SET: 6/25/07 @ 10:00 AM

**DATE:** 3/30/07   **TAPE:** JMH-07-18-1176 & 07-19-387

Time in Court:        hr.  6   min.