UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NUMBER:   06-80018-T/P-RYSKAMP

    Plaintiffs,

vs.

STEPHEN MIGNANO,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, STEPHEN MIGNANO, by and through the undersigned attorney pursuant to Federal Rules of Criminal Procedure, and moves this Honorable Court to grant this Motion and enter an Order continuing the Final Probable Cause Hearing and as grounds would therefore allege as follows:

1. That the Defendant is before this Court for a violation of supervised release.

2. That this matter is scheduled for a Final Probable Cause Hearing on Monday, October 1, 2007 at 10:00 a.m.

3. That the undersigned began a murder trial on June 14, 2007 in the State of Florida v. Anthony Bryant, before the Honorable Martin Bidwill, Case No.: 01-016577 CF 10C. That on August 14, 2007, at 8:00 p.m. the jury returned a verdict of guilty.

4. That the Defendant in State of Florida v. Anthony Bryant discharged his penalty counsel during the guilt phase. The Court appointed the undersigned to act as penalty counsel if a verdict of guilty was returned.

5. That the jury returned a verdict as to penalty on September 19, 2007.

6. That on September 24, 2007, the undersigned began jury selection in the <u>State of Florida v. Lionel Jeancharles</u>, Broward County Case No.: 04-1170 CF 10A where in the charge is First Degree Murder and the trial is expected to last three (3) to four (4) weeks.

7. That this motion is made in good faith and not for the purpose of delay.

<u>10-G CERTIFICATE</u>

8. That the undersigned has spoken to the Assistant United States Attorney, Ellen Cohen, who has no objection to continuing this matter.

WHEREFORE, the Defendant, STEPHEN MIGNANO, prays this Honorable Court to grant this Motion and enter an Order continuing the Final Probable Cause Hearing in the above-styled cause.

I HEREBY CERTIFY that the Motion for Continuance was electronically filed with the Clerk of the Southern District of Florida using the Court's CM/ECF system on 24th day of September, 2007.

/s/ Hilliard E. Moldof
HILLIARD E. MOLDOF, ESQUIRE
1311 SOUTHEAST 2nd AVENUE
FORT LAUDERDALE, FL  33316
(954) 462-1005
FLA BAR NO. 215678